IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ELMON M. ELMORE JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 316-014 |
| ) | |
| SHAWN EMMONS, sued in his ) | |
| official capacity as Warden, Johnson ) | |
| State Prison, and DR. MICHAEL SEWART, ) | |
| sued in his official capacity as Medical ) | |
| Director, Johnson State Prison, ) | |
| ) | |
| Defendants. ) | |

_____

**O R D E R**
_____

Plaintiff, an inmate incarcerated at Johnson State Prison ("JSP") in Wrightsville, Georgia, filed the above captioned case pursuant to 42 U.S.C. § 1983, and is proceeding *pro se* and *in forma pauperis* ("IFP"). On May 26, 2016, the Court screened Plaintiff's complaint and determined Plaintiff had arguably stated a claim for deliberate indifference against Defendants for a delay in medical treatment. (Doc. no. 11, p. 2.) Accordingly, the Court directed Defendants to file a responsive pleading to the allegations in the complaint, and granted Defendants an additional fourteen days to file briefs in opposition to Plaintiff's outstanding motions. (Id. at 6.) Defendants waived service on June 1, 2016, and answers were due on August 1, 2016. (Doc. nos. 14, 15.) When August 1st arrived, instead of answering the allegations in the complaint, Defendants filed a waiver of reply pursuant to 42 U.S.C. § 1997e(g)(1) of the Prison Litigation Reform Act. (Doc. no. 17.) In the waiver of

reply, Defendants assert they will file a dispositive motion or an answer to the Complaint in the event the Court finds Plaintiff has a reasonable opportunity to prevail on the merits. (Id.) Upon review of Plaintiff's complaint, the Court finds that Plaintiff has a reasonable opportunity to prevail on the merits and Defendants shall be required to answer Plaintiff's complaint.

Accordingly, the Court **ORDERS** Defendants to file a response to Plaintiff's complaint and any outstanding motions by August 31, 2016.

SO ORDERED this 9th day of August, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA